*Randal S. Mashburn*
Randal S. Mashburn
U.S. Bankruptcy Judge

Dated: 2/9/2023



# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| Remodel 615, LLC, | ) | Case No. 3:23-bk-00435 |
| Robert Adam Baughman, and | ) | Chapter 11, Subchapter V |
| Noah Henderson Stewart, | ) | Judge Randal S. Mashburn |
| | ) | |
| Debtors. | ) | (Jointly Administered)[1] |

## ORDER GRANTING EXPEDITED MOTION
## FOR JOINT ADMINISTRATION

The above-captioned Debtors moved for entry of an order on an expedited basis directing joint administration of their cases for procedural purposes only and waiving the requirement that the Debtors' captions list the Debtors' tax identification numbers and addresses. Upon consideration of the motion and the Declaration of Rob Baughman; it is hereby Ordered that:

1. The Motion is granted on a provisional basis. Any party seeking reconsideration of this Order shall file a motion requesting such relief within 14 days of entry of this Order. In that event, a hearing will be scheduled promptly. Otherwise, the cases will remain administratively consolidated until further order of the Court.

2. Other than proofs of claims, all filings after the entry of this Order shall be filed only in the lead case of **Remodel 615, LLC at Case Number 3:23-bk-00435**.

3. Notwithstanding the joint administration of the case dockets, the claims registers for the Debtors shall be kept separate. Proofs of claims shall be filed under the case number of the Debtor(s) alleged to owe the debt.

---

[1] The jointly administered Chapter 11 cases are: Remodel 615, LLC at Case No. 3:23-bk-00435; Robert Adam Baughman at Case No. 3:23-bk-00436; and Noah Henderson Stewart at Case No. 3:23-bk-00437. Other than proofs of claims, all filings shall be filed in the lead case of Remodel 615, LLC.

4. The case caption of all future filings should be substantially the same as the style of this Order, reflecting the names of all Debtors, the case number of the lead case, and a footnote with reference to the other case numbers. (Debtor's tax identification numbers and addresses shall not be required in the caption or footnote.)

5. Any filing that does not impact all Debtors should so indicate in the caption of the motion, notice, proposed order, or other filing. For example:

MOTION TO APPROVE SALE OF PROPERTY<br>(Affects Only Debtor Remodel 615, LLC)

6. Unless otherwise ordered, any notice required to be served upon all creditors must be served on all creditors in all cases, but without duplication. Any notice that requires notice to the 20 largest unsecured creditors must include the 20 largest unsecured creditors of each case even if the cumulative number for the three cases is greater than 20.

7. In addition to the entry of this Order, a separate docket order will be entered in Robert Baughman and Noah Stewart's Chapter 11 cases, to provide additional information directly on the docket sheet about the administrative consolidation. The docket order will be substantially as follows:

> An Order has been entered in this case at Doc. ___ consolidating this case with the case of Remodel 615, LLC, Case Number 23-BK-00435, and one other individual debtor. The consolidation is for procedural purposes only and providing for its joint administration in accordance with the terms thereof. See details of Doc. __ regarding the impact on filings and particularly how proofs of claim will be handled.

8. The joint administration provided for in this Order is solely for administrative convenience and efficiency, allowing filings to be made in the lead corporate case and avoiding duplication of filings in the individual case. Nothing in this Order shall be construed as having any implication for substantive consolidation, future distributions, consideration of any joint plan, or any other matter affecting the substantive rights of creditors and parties in interest.

IT IS SO ORDERED.

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.